IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:04-cr-19 |
| DERONDELL JENKINS, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant's Motion to Lift Detainer. Doc. 50. The Court held an Initial Appearance in this case on February 23, 2021. At the Initial Appearance, the Government moved for Defendant's detention pending the final revocation hearing in this case. Defendant waived his right to a detention hearing at this time. Defendant has also waived his right to a preliminary hearing. Doc. 54. After careful consideration and for good cause shown, Defendant's Motion to Lift Detainer is **DENIED** as moot. The Defendant was remanded to the custody of the United States Marshal pending the final revocation hearing.

**SO ORDERED**, this 23rd day of February, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA